IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HENRY BROWN**                                                                                              **PLAINTIFF**

**VS.**                                                       **NO:4:06CV00514**

**SMITH FIBER CAST**                                                                                **DEFENDANT**

### ORDER

Pending is Defendant's motion to dismiss. (Docket # 33). Following the entry of a show cause order, Plaintiff, appearing *pro se*, has filed a response. Defendant argues that Plaintiff has refused to participate in a Rule 26(f) conference and has refused to cooperate in discovery. Plaintiff has responded to the motion and offers no explanation for his refusal to cooperate in discovery or follow the Rules of Civil Procedure. The Court has previously cautioned Plaintiff that he is required to be familiar with the Federal Rules of Civil Procedure as well as the Local Rules of this Court. (Docket # 28). Plaintiff is again cautioned that he is required to be familiar with these rules and to participate in the discovery anticipated therein. Plaintiff's failure to comply as required could result in the dismissal of this action.

The Court grants the Defendant's motion to extend the time to complete discovery to and including February 15, 2007, (docket # 43), Defendant's motion to dismiss is denied without prejudice to re-file, (docket # 33). The Court finds that a hearing is not necessary at this time, accordingly, Plaintiff's request for a hearing is denied.

IT IS SO ORDERED this 3rd day of January, 2007.

_____
James M. Moody
United States District Judge