**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**HENRY BROWN**                                                **PLAINTIFF**

**VS.**                                    **4:06CV00514**

**SMITH FIBERCAST**                                          **DEFENDANT**

<u>**JUDGMENT**</u>

Pursuant to the Order entered on this date, it is Considered, Ordered and Adjudged that

this case be, and it is hereby, dismissed.

IT IS SO ORDERED this 15th day of August, 2007.


_____
James M. Moody
United States District Court